**No. 48573.**—Protests 713884–G, etc., of Grinnell Export Lumber Co. et al. (Seattle).

Opinion by WALKER, J. In accordance with stipulation of counsel and on the authority of *United States* v. *Myers* (24 C. C. P. A. 156, T. D. 48640) and *Myers* v. *United States* (T. D. 49530), the claim that an allowance should have been made for planing, tonguing, and/or grooving was sustained, as specified herein.